**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Daniel R. Wilson                               CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 24-13106 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Discover Bank and index same on the master mailing list.

Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
09 Sep 2024, 15:11:32, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322