EDM LLC
22 S Holmdel Rd Suite 4
Holmdel NJ 07733

1111-7021
EE ID: 39     DD

DANIEL WILSON
1315 MINOT AVE
CROYDON PA 19021

| PERSONAL AND CHECK INFORMATION | | | EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|---|---|---|---|
| Daniel Wilson | | | | | Salary | M40.0000 | | 1346.15 | M1080.0000 | 36346.05 |
| 1315 Minot Ave | | | | | Bonus | | | | | 2000.00 |
| Croydon, PA 19021 | | | | | Total Hours | 40.0000 | | | 1080.0000 | |
| Employee ID: 39 | | | | | Total Hrs Worked | 40.0000 | | | | |
| | | | | | Gross Earnings | | | 1346.15 | | 38346.05 |
| Pay Period: 06/26/24 to 07/02/24 | | | WITHHOLDINGS | | DESCRIPTION | FILING STATUS | | CURRENT ($) | | YTD ($) |
| Check Date: 07/03/24   Check #: 2825 | | | | | Social Security | | | 75.40 | | 2161.89 |
| NET PAY ALLOCATIONS | | | | | Medicare | | | 17.63 | | 505.60 |
| DESCRIPTION | THIS PERIOD ($) | YTD ($) | | | Fed Income Tax | M 2 | | 79.55 | | 2347.59 |
| Check Amount | 0.00 | 0.00 | | | NJ Income Tax | B 2 | | 26.65 | | 801.77 |
| Chkg 308 | 1009.93 | 28854.91 | | | NJ Disability | | | 1.21 | | 34.47 |
| NET PAY | 1009.93 | 28854.91 | | | NJ Unemploy | | | 5.15 | | 146.69 |
| TIME OFF (Based on Policy Year) | | | | | NJ EE Work Dev | | | 0.57 | | 16.23 |
| | | | | | TOTAL | | | 206.16 | | 6014.24 |
| DESCRIPTION | AMT TAKEN | AVAL BAL | DEDUCTION | | DESCRIPTION | | | CURRENT ($) | | YTD ($) |
| Vacation | 0.00 hrs | 0.00 hrs | | | Health Pre-tax | | | 130.06 | | 3476.90 |
| DESCRIPTION | TOT ACCRUE | AMT TAKEN | TOTAL BAL | | | | | | | |
| Sick1 | 36.00 hrs | 0.00 hrs | 36.00 hrs | | TOTAL | | | 130.06 | | 3476.90 |

| | NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | | 1009.93 | 28854.91 |

0008 1111-7021   EDM LLC • 22 S Holmdel Rd Suite 4 • Holmdel NJ 07733 • (917) 697-6097

**EDM LLC**
22 S Holmdel Rd Suite 4
Holmdel NJ 07733

1111-7021
EE ID: 39     DD

DANIEL WILSON
1315 MINOT AVE
CROYDON PA 19021

| PERSONAL AND CHECK INFORMATION | | | |
|---|---|---|---|
| Daniel Wilson | | | |
| 1315 Minot Ave | | | |
| Croydon, PA 19021 | | | |
| **Employee ID:** 39 | | | |
| **Pay Period:** 07/03/24 to 07/09/24 | | | |
| **Check Date:** 07/11/24   **Check #:** 2854 | | | |
| **NET PAY ALLOCATIONS** | | | |
| DESCRIPTION | THIS PERIOD ($) | | YTD ($) |
| Check Amount | 0.00 | | 0.00 |
| Chkg 308 | 1009.93 | | 29864.84 |
| **NET PAY** | **1009.93** | | **29864.84** |
| **TIME OFF** (Based on Policy Year) | | | |
| DESCRIPTION | AMT TAKEN | AVAL BAL | |
| Vacation | 0.00 hrs | 0.00 hrs | |
| DESCRIPTION | TOT ACCRUE | AMT TAKEN | TOTAL BAL |
| Sick1 | 38.00 hrs | 0.00 hrs | 38.00 hrs |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Salary | M40.0000 | | 1346.15 | M1120.0000 | 37692.20 |
| | | Bonus | | | | | 2000.00 |
| | | **Total Hours** | 40.0000 | | | | |
| | | **Total Hrs Worked** | 40.0000 | | | 1120.0000 | |
| | | **Gross Earnings** | | | 1346.15 | | 39692.20 |
| WITHHOLDINGS | | DESCRIPTION | FILING STATUS | | CURRENT ($) | | YTD ($) |
| | | Social Security | | | 75.39 | | 2237.28 |
| | | Medicare | | | 17.64 | | 523.24 |
| | | Fed Income Tax | M 2 | | 79.55 | | 2427.14 |
| | | NJ Income Tax | B 2 | | 26.65 | | 828.42 |
| | | NJ Disability | | | 1.21 | | 35.68 |
| | | NJ Unemploy | | | 5.15 | | 151.84 |
| | | NJ EE Work Dev | | | 0.57 | | 16.80 |
| | | **TOTAL** | | | 206.16 | | 6220.40 |
| DEDUCTION | | DESCRIPTION | | | CURRENT ($) | | YTD ($) |
| | | Health Pre-tax | | | 130.06 | | 3606.96 |
| | | **TOTAL** | | | 130.06 | | 3606.96 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **1009.93** | **29864.84** |

0008 1111-7021  EDM LLC • 22 S Holmdel Rd Suite 4 • Holmdel NJ 07733 • (917) 697-6097

EDM LLC
22 S Holmdel Rd Suite 4
Holmdel NJ 07733

1111-7021
EE ID: 39   DD

DANIEL WILSON
1315 MINOT AVE
CROYDON PA 19021

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Daniel Wilson | | |
| 1315 Minot Ave | | |
| Croydon, PA 19021 | | |
| Employee ID: 39 | | |

Pay Period: 07/10/24 to 07/16/24
Check Date: 07/18/24   Check #: 2883

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 308 | 1009.93 | 30874.77 |
| **NET PAY** | **1009.93** | **30874.77** |

TIME OFF (Based on Policy Year)

| DESCRIPTION | AMT TAKEN | AVAIL BAL | |
|---|---|---|---|
| Vacation | 0.00 hrs | 0.00 hrs | |
| DESCRIPTION | TOT ACCRUE | AMT TAKEN | TOTAL BAL |
| Sick1 | 39.00 hrs | 0.00 hrs | 39.00 hrs |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Salary | M40.0000 | | 1346.15 | M1160.0000 | 39038.35 |
| | | Bonus | | | | | 2000.00 |
| | | Total Hours | 40.0000 | | | 1160.0000 | |
| | | Total Hrs Worked | 40.0000 | | | | |
| | | **Gross Earnings** | | | 1346.15 | | 41038.35 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 75.40 | 2312.68 |
| | Medicare | | 17.63 | 540.87 |
| | Fed Income Tax | M 2 | 79.55 | 2506.69 |
| | NJ Income Tax | B 2 | 26.65 | 855.07 |
| | NJ Disability | | 1.21 | 36.89 |
| | NJ Unemploy | | 5.15 | 156.99 |
| | NJ EE Work Dev | | 0.57 | 17.37 |
| | **TOTAL** | | **206.16** | **6426.56** |

| DEDUCTION | DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|---|
| | Health Pre-tax | 130.06 | 3737.02 |
| | **TOTAL** | **130.06** | **3737.02** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **1009.93** | **30874.77** |

0008 1111-7021  EDM LLC • 22 S Holmdel Rd Suite 4 • Holmdel NJ 07733 • (917) 697-6097

EDM LLC
22 S Holmdel Rd Suite 4
Holmdel NJ 07733

1111-7021
EE ID: 39    DD

DANIEL WILSON
1315 MINOT AVE
CROYDON PA 19021

| PERSONAL AND CHECK INFORMATION | | | EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|---|---|---|---|
| Daniel Wilson | | | | | Salary | M40.0000 | | 1346.15 | M1200.0000 | 40384.50 |
| 1315 Minot Ave | | | | | Bonus | | | | | 2000.00 |
| Croydon, PA 19021 | | | | | Total Hours | 40.0000 | | | | |
| Employee ID: 39 | | | | | Total Hrs Worked | 40.0000 | | | 1200.0000 | |
| | | | | | Gross Earnings | | | 1346.15 | | 42384.50 |
| Pay Period: 07/17/24 to 07/23/24 | | | WITHHOLDINGS | | DESCRIPTION | FILING STATUS | | CURRENT ($) | | YTD ($) |
| Check Date: 07/25/24   Check #: 2912 | | | | | Social Security | | | 75.40 | | 2388.08 |
| NET PAY ALLOCATIONS | | | | | Medicare | | | 17.63 | | 558.50 |
| DESCRIPTION | THIS PERIOD ($) | YTD ($) | | | Fed Income Tax | M 2 | | 79.55 | | 2586.24 |
| Check Amount | 0.00 | 0.00 | | | NJ Income Tax | B 2 | | 26.65 | | 881.72 |
| Chkg 308 | 1010.23 | 31885.00 | | | NJ Disability | | | 1.21 | | 38.10 |
| NET PAY | 1010.23 | 31885.00 | | | NJ Unemploy | | | 4.81 | | 161.80 |
| TIME OFF (Based on Policy Year) | | | | | NJ EE Work Dev | | | 0.61 | | 17.98 |
| | | | | | TOTAL | | | 205.86 | | 6632.42 |
| DESCRIPTION | AMT TAKEN | AVAL BAL | DEDUCTION | | DESCRIPTION | | | CURRENT ($) | | YTD ($) |
| Vacation | 0.00 hrs | 0.00 hrs | | | Health Pre-tax | | | 130.06 | | 3867.08 |
| DESCRIPTION | TOT ACCRUE | AMT TAKEN | TOTAL BAL | | | | | | | |
| Sick1 | 40.00 hrs | 0.00 hrs | 40.00 hrs | | TOTAL | | | 130.06 | | 3867.08 |

| | NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | | 1010.23 | 31885.00 |

0008 1111-7021  EDM LLC • 22 S Holmdel Rd Suite 4 • Holmdel NJ 07733 • (917) 697-6097

EDM LLC
22 S Holmdel Rd Suite 4
Holmdel NJ 07733

1111-7021
EE ID: 39    DD

DANIEL WILSON
1315 MINOT AVE
CROYDON PA 19021

| PERSONAL AND CHECK INFORMATION | | | | EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Daniel Wilson | | | | | | Salary | M40.0000 | | 1346.15 | M1240.0000 | 41730.65 |
| 1315 Minot Ave | | | | | | Bonus | | | 500.00 | | 2500.00 |
| Croydon, PA 19021 | | | | | | Total Hours | 40.0000 | | | | |
| Employee ID: 39 | | | | | | Total Hrs Worked | 40.0000 | | | 1240.0000 | |
| | | | | | | Gross Earnings | | | 1846.15 | | 44230.65 |
| Pay Period: 07/24/24 to 07/30/24 | | | | WITHHOLDINGS | | DESCRIPTION | FILING STATUS | | CURRENT ($) | | YTD ($) |
| Check Date: 08/01/24  Check #: 2941 | | | | | | Social Security | | | 106.40 | | 2494.48 |
| NET PAY ALLOCATIONS | | | | | | Medicare | | | 24.89 | | 583.39 |
| DESCRIPTION | THIS PERIOD ($) | | YTD ($) | | | Fed Income Tax | M 2 | | 139.55 | | 2725.79 |
| Check Amount | 0.00 | | 0.00 | | | NJ Income Tax | B 2 | | 51.62 | | 933.34 |
| Chkg 308 | 1391.97 | | 33276.97 | | | NJ Disability | | | 1.66 | | 39.76 |
| NET PAY | 1391.97 | | 33276.97 | | | NJ Unemploy | | | | | 161.80 |
| TIME OFF (Based on Policy Year) | | | | | | NJ EE Work Dev | | | | | 17.98 |
| | | | | | | TOTAL | | | 324.12 | | 6956.54 |
| DESCRIPTION | AMT TAKEN | AVAIL BAL | | DEDUCTION | | DESCRIPTION | | | CURRENT ($) | | YTD ($) |
| Vacation | 0.00 hrs | 0.00 hrs | | | | Health Pre-tax | | | 130.06 | | 3997.14 |
| DESCRIPTION | TOT ACCRUE | AMT TAKEN | TOTAL BAL | | | | | | | | |
| Sick1 | 40.00 hrs | 0.00 hrs | 40.00 hrs | | | TOTAL | | | 130.06 | | 3997.14 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1391.97 | 33276.97 |

0008 1111-7021  EDM LLC • 22 S Holmdel Rd Suite 4 • Holmdel NJ 07733 • (917) 697-6097

EDM LLC
22 S Holmdel Rd Suite 4
Holmdel NJ 07733

1111-7021
EE ID: 39    DD

DANIEL WILSON
1315 MINOT AVE
CROYDON PA 19021

BANK OF AMERICA, NA
PAYABLE IF DESIRED AT:
ALL BANK OF AMERICA, NA BANKS

---

**PERSONAL AND CHECK INFORMATION**
Daniel Wilson
1315 Minot Ave
Croydon, PA 19021
**Employee ID:** 39

**Pay Period:** 07/31/24 to 08/06/24
**Check Date:** 08/08/24    **Check #:** 2969

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 308 | 1015.65 | 34292.62 |
| **NET PAY** | **1015.65** | **34292.62** |

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | AMT TAKEN | AVAL BAL | |
|---|---|---|---|
| Vacation | | 0.00 hrs | |

| DESCRIPTION | TOT ACCRUE | AMT TAKEN | TOTAL BAL |
|---|---|---|---|
| Sick1 | 40.00 hrs | | 40.00 hrs |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Salary | M40.0000 | | 1346.15 | M1280.0000 | 43076.80 |
| | Bonus | | | | | 2500.00 |
| | **Total Hours** | 40.0000 | | | | |
| | **Total Hrs Worked** | 40.0000 | | | 1280.0000 | |
| | **Gross Earnings** | | | 1346.15 | | 45576.80 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 75.40 | 2569.88 |
| Medicare | | 17.63 | 601.02 |
| Fed Income Tax | M 2 | 79.55 | 2805.34 |
| NJ Income Tax | B 2 | 26.65 | 959.99 |
| NJ Disability | | 1.21 | 40.97 |
| NJ Unemploy | | | 161.80 |
| NJ EE Work Dev | | | 17.98 |
| **TOTAL** | | 200.44 | 7156.98 |

**DEDUCTION**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| Health Pre-tax | 130.06 | 4127.20 |
| **TOTAL** | 130.06 | 4127.20 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **1015.65** | **34292.62** |

0008 1111-7021 EDM LLC • 22 S Holmdel Rd Suite 4 • Holmdel NJ 07733 • (917) 697-6097

EDM LLC
22 S Holmdel Rd Suite 4
Holmdel NJ 07733

1111-7021
EE ID: 39        DD

DANIEL WILSON
1315 MINOT AVE
CROYDON PA 19021

| PERSONAL AND CHECK INFORMATION | | | EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|---|---|---|---|
| Daniel Wilson | | | | | Salary | M40.0000 | | 1346.15 | M1320.0000 | 44422.95 |
| 1315 Minot Ave | | | | | Bonus | | | | | 2500.00 |
| Croydon, PA 19021 | | | | | Total Hours | 40.0000 | | | | |
| Employee ID: 39 | | | | | Total Hrs Worked | 40.0000 | | | 1320.0000 | |
| | | | | | Gross Earnings | | | 1346.15 | | 46922.95 |
| Pay Period: 08/07/24 to 08/13/24 | | | WITHHOLDINGS | | DESCRIPTION | FILING STATUS | | CURRENT ($) | | YTD ($) |
| Check Date: 08/15/24    Check #: 2998 | | | | | Social Security | | | 75.39 | | 2645.27 |
| NET PAY ALLOCATIONS | | | | | Medicare | | | 17.63 | | 618.65 |
| DESCRIPTION | THIS PERIOD ($) | YTD ($) | | | Fed Income Tax | M 2 | | 79.55 | | 2884.89 |
| Check Amount | 0.00 | 0.00 | | | NJ Income Tax | B 2 | | 26.65 | | 986.64 |
| Chkg 308 | 1015.66 | 35308.28 | | | NJ Disability | | | 1.21 | | 42.18 |
| NET PAY | 1015.66 | 35308.28 | | | NJ Unemploy | | | | | 161.80 |
| TIME OFF (Based on Policy Year) | | | | | NJ EE Work Dev | | | | | 17.98 |
| | | | | | TOTAL | | | 200.43 | | 7357.41 |
| DESCRIPTION | AMT TAKEN | AVAL BAL | DEDUCTION | | DESCRIPTION | | | CURRENT ($) | | YTD ($) |
| Vacation | 0.00 hrs | 0.00 hrs | | | Health Pre-tax | | | 130.06 | | 4257.26 |
| DESCRIPTION TOT ACCRUE | AMT TAKEN | TOTAL BAL | | | | | | | | |
| Sick1    40.00 hrs | 0.00 hrs | 40.00 hrs | | | TOTAL | | | 130.06 | | 4257.26 |

| | NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | | 1015.66 | 35308.28 |

0008 1111-7021  EDM LLC • 22 S Holmdel Rd Suite 4 • Holmdel NJ 07733 • (917) 697-6097

EDM LLC
22 S Holmdel Rd Suite 4
Holmdel NJ 07733

1111-7021
EE ID: 39    DD

DANIEL WILSON
1315 MINOT AVE
CROYDON PA 19021

| PERSONAL AND CHECK INFORMATION | | | EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|---|---|---|---|
| Daniel Wilson | | | | | Salary | M40.0000 | | 1346.15 | M1360.0000 | 45769.10 |
| 1315 Minot Ave | | | | | Bonus | | | | | 2500.00 |
| Croydon, PA 19021 | | | | | Total Hours | 40.0000 | | | 1360.0000 | |
| Employee ID: 39 | | | | | Total Hrs Worked | 40.0000 | | | | |
| | | | | | Gross Earnings | | | 1346.15 | | 48269.10 |
| Pay Period: 08/14/24 to 08/20/24 | | | WITHHOLDINGS | | DESCRIPTION | FILING STATUS | | CURRENT ($) | | YTD ($) |
| Check Date: 08/22/24   Check #: 3027 | | | | | Social Security | | | 75.40 | | 2720.67 |
| NET PAY ALLOCATIONS | | | | | Medicare | | | 17.64 | | 636.29 |
| | | | | | Fed Income Tax | M 2 | | 79.55 | | 2964.44 |
| DESCRIPTION | THIS PERIOD ($) | YTD ($) | | | NJ Income Tax | B 2 | | 26.65 | | 1013.29 |
| Check Amount | 0.00 | 0.00 | | | NJ Disability | | | 1.21 | | 43.39 |
| Chkg 308 | 1015.64 | 36323.92 | | | NJ Unemploy | | | | | 161.80 |
| NET PAY | 1015.64 | 36323.92 | | | NJ EE Work Dev | | | | | 17.98 |
| TIME OFF (Based on Policy Year) | | | | | TOTAL | | | 200.45 | | 7557.86 |
| DESCRIPTION | AMT TAKEN | AVAL BAL | DEDUCTION | | DESCRIPTION | | | CURRENT ($) | | YTD ($) |
| Vacation | 0.00 hrs | 0.00 hrs | | | Health Pre-tax | | | 130.06 | | 4387.32 |
| DESCRIPTION  TOT ACCRUE  AMT TAKEN  TOTAL BAL | | | | | TOTAL | | | 130.06 | | 4387.32 |
| Sick1  40.00 hrs  0.00 hrs  40.00 hrs | | | | | | | | | | |

| | NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | | 1015.64 | 36323.92 |

0008 1111-7021   EDM LLC • 22 S Holmdel Rd Suite 4 • Holmdel NJ 07733 • (917) 697-6097