Certificate Number: 03621-PAE-DE-038926288

Bankruptcy Case Number: 24-13106



03621-PAE-DE-038926288

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 2, 2024, at 2:20 o'clock PM EDT, Daniel Wilson completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  October 2, 2024

By:  /s/Shannon Cutcher

Name:  Shannon Cutcher

Title:  Credit Counselor