EDM LLC
22 S Holmdel Rd Suite 4
Holmdel NJ 07733

EE ID: 39
DD 1111-7021

NON-NEGOTIABLE

DANIEL WILSON
1315 MINOT AVE
CROYDON PA 19021

NON-NEGOTIABLE

## PERSONAL AND CHECK INFORMATION
Daniel Wilson
1315 Minot Ave
Croydon, PA 19021
**Employee ID:** 39

Pay Period: 09/04/24 to 09/10/24
Check Date: 09/12/24    Check #: 3116

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 308 | 1015.65 | 39747.20 |
| **NET PAY** | **1015.65** | **39747.20** |

### TIME OFF (Based on Policy Year)

| DESCRIPTION | AMT TAKEN | AVAL BAL | | |
|---|---|---|---|---|
| Vacation | 0.00 hrs | 0.00 hrs | | |
| DESCRIPTION | TOT ACCRUE | AMT TAKEN | TOTAL BAL | |
| Sick1 | 40.00 hrs | 0.00 hrs | 40.00 hrs | |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Salary | M40.0000 | | 1346.15 | M1480.0000 | 49807.55 |
| | Bonus | | | | | 3000.00 |
| | Total Hours | 40.0000 | | | 1480.0000 | |
| | Total Hrs Worked | 40.0000 | | | | |
| | Gross Earnings | | | 1346.15 | | 52807.55 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 75.39 | 2977.86 |
| Medicare | | 17.64 | 696.44 |
| Fed Income Tax | M 2 | 79.55 | 3263.09 |
| NJ Income Tax | B 2 | 26.65 | 1118.21 |
| NJ Disability | | 1.21 | 47.47 |
| NJ Unemploy | | | 161.80 |
| NJ EE Work Dev | | | 17.98 |
| **TOTAL** | | **200.44** | **8282.85** |

### DEDUCTION

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| Health Pre-tax | 130.06 | 4777.50 |
| **TOTAL** | **130.06** | **4777.50** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1015.65 | 39747.20 |

Payrolls by Paychex, Inc.
0008 1111-7021   EDM LLC • 22 S Holmdel Rd Suite 4 • Holmdel NJ 07733 • (917) 697-6097

EDM LLC
22 S Holmdel Rd Suite 4
Holmdel NJ 07733

1111-7021
EE ID: 39    DD

DANIEL WILSON
1315 MINOT AVE
CROYDON PA 19021

NON-NEGOTIABLE

### PERSONAL AND CHECK INFORMATION
Daniel Wilson
1315 Minot Ave
Croydon, PA 19021
Employee ID: 39

Pay Period: 08/28/24 to 09/03/24
Check Date: 09/05/24    Check #: 3086

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 308 | 1391.98 | 38731.55 |
| **NET PAY** | **1391.98** | **38731.55** |

### TIME OFF (Based on Policy Year)

| DESCRIPTION | AMT TAKEN | AVAL BAL | |
|---|---|---|---|
| Vacation | 0.00 hrs | 0.00 hrs | |

| DESCRIPTION | TOT ACCRUE | AMT TAKEN | TOTAL BAL |
|---|---|---|---|
| Sick1 | 40.00 hrs | 0.00 hrs | 40.00 hrs |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Salary | M40.0000 | | 1346.15 | M1440.0000 | 48461.40 |
| | Bonus | | | 500.00 | | 3000.00 |
| | Total Hours | 40.0000 | | | | |
| | Total Hrs Worked | 40.0000 | | | | |
| | Gross Earnings | | | 1846.15 | | 51461.40 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 106.40 | 2902.47 |
| Medicare | | 24.88 | 678.80 |
| Fed Income Tax | M 2 | 139.55 | 3183.54 |
| NJ Income Tax | B 2 | 51.62 | 1091.56 |
| NJ Disability | | 1.66 | 46.26 |
| NJ Unemploy | | | 161.80 |
| NJ EE Work Dev | | | 17.98 |
| **TOTAL** | | **324.11** | **8082.41** |

### DEDUCTION

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| Health Pre-tax | 130.06 | 4647.44 |
| **TOTAL** | **130.06** | **4647.44** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1391.98 | 38731.55 |

Payrolls by Paychex, Inc.

0008 1111-7021 EDM LLC • 22 S Holmdel Rd Suite 4 • Holmdel NJ 07733 • (917) 697-6097

EDM LLC
22 S Holmdel Rd Suite 4
Holmdel NJ 07733

1111-7021
EE ID: 39    DD

DANIEL WILSON
1315 MINOT AVE
CROYDON PA 19021

NON-NEGOTIABLE

NON-NEGOTIABLE

## PERSONAL AND CHECK INFORMATION
Daniel Wilson
1315 Minot Ave
Croydon, PA 19021
**Employee ID:** 39

**Pay Period:** 08/21/24 to 08/27/24
**Check Date:** 08/29/24    **Check #:** 3056

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 308 | 1015.65 | 37339.57 |
| **NET PAY** | **1015.65** | **37339.57** |

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | AMT TAKEN | AVAL BAL | |
|---|---|---|---|
| Vacation | 0.00 hrs | 0.00 hrs | |

| DESCRIPTION | TOT ACCRUE | AMT TAKEN | TOTAL BAL |
|---|---|---|---|
| Sick1 | 40.00 hrs | 0.00 hrs | 40.00 hrs |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Salary | M40.0000 | | 1346.15 | M1400.0000 | 47115.25 |
| | Bonus | | | | | 2500.00 |
| | Total Hours | 40.0000 | | | | |
| | Total Hrs Worked | 40.0000 | | | 1400.0000 | |
| | Gross Earnings | | | 1346.15 | | 49615.25 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 75.40 | 2796.07 |
| Medicare | | 17.63 | 653.92 |
| Fed Income Tax | M 2 | 79.55 | 3043.99 |
| NJ Income Tax | B 2 | 26.65 | 1039.94 |
| NJ Disability | | 1.21 | 44.60 |
| NJ Unemploy | | | 161.80 |
| NJ EE Work Dev | | | 17.98 |
| **TOTAL** | | **200.44** | **7758.30** |

### DEDUCTION

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| Health Pre-tax | 130.06 | 4517.38 |
| **TOTAL** | **130.06** | **4517.38** |

| **NET PAY** | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **1015.65** | **37339.57** |

Payrolls by Paychex, Inc.
0008 1111-7021  EDM LLC • 22 S Holmdel Rd Suite 4 • Holmdel NJ 07733 • (917) 697-6097