United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-13106-amc |
| Daniel R. Wilson | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 20, 2024 | Form ID: 155 | Total Noticed: 33 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daniel R. Wilson, 1315 Minot Avenue, Croydon, PA 19021-7631 |
| 14924680 | + | DISCOVER BANK, c/o DENISE ELIZABETH CARLON, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14922342 | | Discover Home Loans, Discover Home Equity Loans, Lake Zurich, IL 60047 |
| 14922344 | + | Rocket Mortgage, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 14922343 | + | Rocket Mortgage, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14924153 | + | Rocket Mortgage, LLC f/k/a Quicken, Loans, LLC f/k/a Quicken Loans Inc., c/o Steven K. Eisenberg, Esquire, Stern & Eisenberg, PC, 1581 Main Street, Suite 200 Warrington, PA 18976-3403 |
| 14925775 | + | Rocket Mortgage, LLC fka Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14922333 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Nov 21 2024 00:45:07 | Best Egg, Attn: Bankrupcty, Po Box 42912, Philadelphia, PA 19101-2912 |
| 14922334 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Nov 21 2024 00:46:56 | Best Egg, Po Box 42912, Philadelphia, PA 19101-2912 |
| 14922335 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 21 2024 00:46:59 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14922336 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 21 2024 01:25:28 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14934314 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 21 2024 00:45:08 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14922337 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 21 2024 00:45:08 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14922338 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 21 2024 00:45:08 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14944499 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Nov 21 2024 00:53:00 | Discover Bank, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8645 |
| 14922341 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Nov 21 2024 00:53:00 | Discover Home Loans, Attn: Bankruptcy, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 14924577 | ^ | MEBN | Nov 21 2024 00:28:05 | Discover Bank, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14927670 | | Email/Text: mrdiscen@discover.com | Nov 21 2024 00:53:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 14922340 | + | Email/Text: mrdiscen@discover.com | Nov 21 2024 00:53:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 14922339 | + | Email/Text: mrdiscen@discover.com | | |

| Recipient # | Method | Timestamp | Recipient |
|---|---|---|---|
| | | Nov 21 2024 00:53:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14940700 | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 21 2024 00:54:00 | Jefferson Capital Systems LLC, PO Box 7999, St, Cloud, MN 56302-9617 |
| 14943655 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 21 2024 00:45:08 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14927928 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 21 2024 00:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 14939757 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 21 2024 00:45:35 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14922345 | + Email/PDF: ais.sync.ebn@aisinfo.com | Nov 21 2024 00:47:12 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14922346 | + Email/PDF: ais.sync.ebn@aisinfo.com | Nov 21 2024 00:45:35 | Synchrony Bank/Care Credit, Po Box 71757, Philadelphia, PA 19176-1757 |
| 14922348 | + Email/PDF: ais.sync.ebn@aisinfo.com | Nov 21 2024 01:03:44 | Synchrony/PayPal Credit, Po Box 71727, Philadelphia, PA 19176-1727 |
| 14922347 | + Email/PDF: ais.sync.ebn@aisinfo.com | Nov 21 2024 01:04:47 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 14922349 | ^ MEBN | Nov 21 2024 00:28:12 | Telecom Selfreported, Po Box 4500, Allen, TX 75013-1311 |
| 14922350 | + Email/Text: RPSBankruptcyBNCNotification@usbank.com | Nov 21 2024 00:54:00 | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 14922351 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Nov 21 2024 00:54:00 | U.S. Bankcorp, Cb Disputes, Saint Louis, MO 63166 |
| 14922352 | ^ MEBN | Nov 21 2024 00:28:02 | Utility Selfreported, Po Box 4500, Allen, TX 75013-1311 |
| 14922353 | + Email/Text: support@ymalaw.com | Nov 21 2024 00:53:00 | Young, Marr & Associates, LLC, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020-4366 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 22, 2024          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 20, 2024 | Form ID: 155 | Total Noticed: 33 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DANIEL P. JONES | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor DISCOVER BANK bkgroup@kmllawgroup.com |
| PAUL H. YOUNG | on behalf of Debtor Daniel R. Wilson support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| STEVEN K. EISENBERG | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*Form 155* (2/24)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
   Daniel R. Wilson

Debtor(s).

Case No. 24−13106−amc

Chapter: 13

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: November 20, 2024

For The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court