| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
**Chapter 13 Case No. 24-13106-AMC**

| | |
|---|---|
| Daniel R. Wilson | Petition Filed Date: 09/03/2024 |
| 1315 Minot Avenue | 341 Hearing Date: 10/11/2024 |
| Croydon  PA    19021 | Confirmation Date: 11/20/2024 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/10/2024 | $300.00 | | 11/12/2024 | $300.00 | | 12/10/2024 | $300.00 | |
| 01/10/2025 | $300.00 | | 02/10/2025 | $300.00 | | 03/10/2025 | $300.00 | |
| 04/10/2025 | $300.00 | | 05/12/2025 | $300.00 | | 06/12/2025 | $300.00 | |
| 07/14/2025 | $300.00 | | | | | | | |

**Total Receipts for the Period:  $3,000.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $3,300.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | YOUNG MARR  & ASSOCIATES | Attorney Fees | $3,700.00 | $3,055.50 | $644.50 |
| 1 | ROCKET MORTGAGE LLC »» 001 | Mortgage Arrears | $2,447.13 | $0.00 | $2,447.13 |
| 2 | DISCOVER BANK »» 002 | Unsecured Creditors | $9,359.05 | $0.00 | $9,359.05 |
| 3 | PA DEPARTMENT OF REVENUE »» 03P | Priority Crediors | $1,776.86 | $0.00 | $1,776.86 |
| 4 | PA DEPARTMENT OF REVENUE »» 03U | Unsecured Creditors | $157.88 | $0.00 | $157.88 |
| 5 | CAPITAL ONE BANK (USA) NA »» 004 | Unsecured Creditors | $5,790.83 | $0.00 | $5,790.83 |
| 6 | RESURGENT RECEIVABLES LLC »» 005 | Unsecured Creditors | $3,761.37 | $0.00 | $3,761.37 |
| 7 | JEFFERSON CAPITAL SYSTEMS LLC »» 006 | Unsecured Creditors | $303.03 | $0.00 | $303.03 |
| 8 | LVNV FUNDING LLC »» 007 | Unsecured Creditors | $2,506.50 | $0.00 | $2,506.50 |
| 9 | DOVENMUEHLE MORTGAGE COMPANY »» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | BEST EGG | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | TELECOM SELF REPORTED | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | US BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | UTILITY SELF REPORTED | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | UTILITY SELF REPORTED | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-13106-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,300.00 | Current Monthly Payment: | $300.00 |
| Paid to Claims: | $3,055.50 | Arrearages: | $0.00 |
| Paid to Trustee: | $244.50 | Total Plan Base: | $10,800.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.