**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re:<br><br>　DANIEL R. WILSON<br>　Debtor(s)<br><br>ROCKET MORTGAGE, LLC F/K/A<br>QUICKEN LOANS, LLC F/K/A QUICKEN<br>LOANS INC.<br>　Movant<br>　v.<br>DANIEL R. WILSON<br>　Debtor(s)<br><br>SCOTT F. WATERMAN<br>　Trustee<br>　Respondent(s) | Chapter: 13<br><br>Bankruptcy Case: 24-13106-amc<br><br>Judge: CHAN, ASHELY M. |

### ORDER APPROVING STIPULATION

　AND NOW, upon consideration of the Stipulation between Debtor and Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc., it is hereby STIPULATED and SETTLED that the Stipulation is APPROVED and made an Order of the Court.

BY THE COURT:

Date: Jan. 29, 2026

_____
UNITED STATES BANKRUPTCY JUDGE