**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**(PHILADELPHIA)**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| **DANIEL R. WILSON,** | ) | **CASE NO.: 24-13106-AMC** |
| | ) | **CHAPTER 13** |
| **DEBTOR.** | ) | **JUDGE ASHELY M. CHAN** |
| | ) | |
| **JPMORGAN CHASE BANK,** | ) | |
| **NATIONAL ASSOCIATION,** | ) | |
| | ) | |
| **CREDITOR.** | ) | |
| | ) | |
| **DANIEL R. WILSON, DEBTOR,** | ) | |
| **AND SCOTT F. WATERMAN, TRUSTEE,** | ) | |
| | ) | |
| **RESPONDENTS.** | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**COMES NOW** Joshua I. Goldman, Esq. of the Padgett Law Group, and gives this Notice

of Appearance on behalf of JPMorgan Chase Bank, National Association, and requests that they

be noticed on all pleadings, documents and hearings; that they receive copies of all documents;

and be added to the matrix to be served at the addresses below:

**DATED** this 13th day of February 2026

Respectfully submitted,

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
Josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance has been

furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S.

Mail on this 13th day of February 2026.

*VIA U.S. MAIL*

*DEBTOR*
DANIEL R. WILSON
1315 MINOT AVENUE
CROYDON, PA 19021

*VIA ELECTRONIC NOTICE*

*ATTORNEYS FOR DEBTOR*
PAUL H. YOUNG
YOUNG, MARR, MALLIS & DEANE, LLC
3554 HULMEVILLE RD.
STE 102
BENSALEM, PA 19020

*TRUSTEE*
SCOTT F. WATERMAN [CHAPTER 13]
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVE.
SUITE 100
READING, PA 19606

*U.S. TRUSTEE*
OFFICE OF UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET
SUITE 320
PHILADELPHIA, PA 19107

/s/ *Joshua I. Goldman*
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
Josh.goldman@padgettlawgroup.com
*Counsel for Creditor*