## U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  **DANIEL R. WILSON**      :   **CHAPTER 13**

              :

     **Debtor(s)**            :   **BANKRUPTCY NO. 24-13106AMC**

## ORDER

AND NOW, upon consideration of the Debtor's Motion to Modify the confirmed chapter 13 Plan (docket # 34, the Motion");

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. #36) is **approved**.

Date: March 26, 2026

_____
ASHELY M. CHAN
CHIEF, U.S. BANKRUPTCY JUDGE