Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Daniel R. Wilson
1315 Minot Avenue
Croydon, PA 19021

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 24-13106-AMC**

Petition Filed Date: 09/03/2024
341 Hearing Date: 10/11/2024
Confirmation Date: 11/20/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/12/2025 | $300.00 | | 09/12/2025 | $300.00 | | 10/17/2025 | $300.00 | |
| 11/18/2025 | $300.00 | | 12/16/2025 | $300.00 | | 01/16/2026 | $300.00 | |
| 02/17/2026 | $300.00 | | 03/16/2026 | $391.00 | | 04/16/2026 | $391.00 | |
| 05/18/2026 | $391.00 | | 07/06/2026 | $391.00 | | 07/24/2026 | $391.00 | |

**Total Receipts for the Period: $4,055.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $7,446.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | YOUNG MARR MALLIS & ASSOCIATES | Attorney Fees | $3,700.00 | $3,700.00 | $0.00 |
| 1 | ROCKET MORTGAGE LLC<br>»» 01A | Mortgage Arrears | $2,447.13 | $643.66 | $1,803.47 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $9,359.05 | $0.00 | $9,359.05 |
| 3 | PA DEPARTMENT OF REVENUE<br>»» 03P | Priority Crediors | $1,776.86 | $1,776.86 | $0.00 |
| 4 | PA DEPARTMENT OF REVENUE<br>»» 03U | Unsecured Creditors | $157.88 | $0.00 | $157.88 |
| 5 | CAPITAL ONE BANK (USA) NA<br>»» 004 | Unsecured Creditors | $5,790.83 | $0.00 | $5,790.83 |
| 6 | RESURGENT RECEIVABLES LLC<br>»» 005 | Unsecured Creditors | $3,761.37 | $0.00 | $3,761.37 |
| 7 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 006 | Unsecured Creditors | $303.03 | $0.00 | $303.03 |
| 8 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $2,506.50 | $0.00 | $2,506.50 |
| 9 | NEWREZ LLC D/B/A<br>»» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | BEST EGG | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | TELECOM SELF REPORTED | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | US BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | UTILITY SELF REPORTED | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-13106-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 14 | UTILITY SELF REPORTED | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | ROCKET MORTGAGE LLC<br>»» 01B | Mortgage Arrears | $1,549.00 | $407.43 | $1,141.57 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,446.00 | Current Monthly Payment: | $391.00 |
| Paid to Claims: | $6,527.95 | Arrearages: | $0.00 |
| Paid to Trustee: | $557.16 | Total Plan Base: | $12,529.00 |
| Funds on Hand: | $360.89 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.